AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
Southern District of Georgia
Waycross Division

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:  5:14CR00008-1 |
| Nevada Powell | ) |
| | ) USM No:  18937-021 |
| Date of Original Judgment: March 30, 2015 | ) |
| Date of Previous Amended Judgment: N/A | ) Marc G. Metts |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Former Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____178 months_____ **is reduced to** _____154 months*_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* The reduced sentence is comprised of a term of 70 months as to Count 1 and 84 months as to Count 2, to be served consecutively, to produce a total term of 154 months.

Except as otherwise provided, all provisions of the judgment dated _____March 30, 2015_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: ___FEB. 15, 2024___          _____
                                                          *Judge's signature*

                                                          William T. Moore, Jr.
Effective Date: _____    Judge, U.S. District Court
              *(if different from order date)*           *Printed name and title*